ALBANY,
August, 1822.

BOYCE
v.
THOMPSON.

**BOYCE and others *against* THOMPSON and others.**

Where the titles of several causes, in which the names are different, are included in the same affidavit, or notice, the clerk, on entering the defaults, is entitled to his fees in each cause.

NOTICE of the rule to plead, in this and five other causes, in which the names of the parties were different, directed to each of the defendants respectively, and an affidavit of the service entitled in all the causes, was filed, and a default thereupon entered in each cause, by the clerk. A question arose, which was submitted to the Court, whether the clerk was entitled to charge fees for six affidavits, or for one only?

*Per Curiam.* The clerk is entitled to charge for reading and filing an affidavit in each cause. The parties here are different. In *Jackson,* ex dem. *Burnett,* v. *Keller,* all the causes were at the suit of the same lessor of the plaintiff. Besides, the clerk, in this case, must enter a default, founded on an affidavit, in each cause.